UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VANCE POUTRE, Sr., ) | No. EDCV 08-421 GW (FFM) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| MELISSA LEA, Chief Deputy ) Administrator of California Out of ) State Facilities, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 13, 2012

GEORGE H. WU
United States District Judge